IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN RODRIGUEZ,

    Plaintiff,                  No. CIV S-07-1756 MCE GGH P

    vs.

COUNTY OF PLACER, et al.,

    Defendants.             <u>ORDER</u>

/

        On August 25, 2007, counsel filed this action on behalf of plaintiff. Due to an error by the Clerk's Office, this action only recently came to the attention of the court.

        Since the filing of this action, plaintiff's counsel has not communicated with the court. Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order, plaintiff's counsel shall show cause why this action should not be dismissed for failure to prosecute; failure to respond to this order will result in a recommendation of dismissal of this action.

DATED: January 22, 2009

                              /s/ Gregory G. Hollows

                              UNITED STATES MAGISTRATE JUDGE

rod1756.osc

1