IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN RODRIGUEZ,

    Plaintiff,                    No. CIV S-07-1756 MCE GGH P

    vs.

COUNTY OF PLACER, et al.,

    Defendants.             ORDER

_____/

    On January 22, 2009, the court ordered plaintiff's counsel to show cause why this action should not be dismissed for failure to prosecute. On January 24, 2009, plaintiff's counsel filed a response to this order.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. Within twenty days of the date of this order, counsel shall file a motion to withdraw as counsel; the court will not decide whether this action should be dismissed for failure to prosecute during that time; during that time, counsel shall serve plaintiff with a copy of this order if she knows his whereabouts and file proof of service with the court;

/////

/////

/////

1

2. Plaintiff is granted thirty days from the date of this order to show cause why this action should not be dismissed for failure to prosecute if counsel is able to serve him.

DATED: February 3, 2009

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

rod1756.ord