IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN RODRIGUEZ,  No. 2:07-cv-01756-MCE-GGH P

    Plaintiff,

  vs.  ORDER

COUNTY OF PLACER, et al.,

    Defendants.

_____/

    Plaintiff, proceeding through counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On March 17, 2009, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff himself has filed objections to the findings and recommendations. However, because plaintiff is represented by counsel, he may only communicate with the court through counsel. Accordingly, the objections are disregarded.[1]

---

[1] On February 3, 2009, the court directed counsel to file a motion to withdraw as counsel within twenty days. Counsel did not file a motion to withdraw or otherwise respond to this order.

1

1 | In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304,
2 | this court has conducted a de novo review of this case. Having carefully reviewed the entire file,
3 | the court finds the findings and recommendations to be supported by the record and by proper
4 | analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 17, 2009, are adopted in full; and

2. This action is dismissed for plaintiff's failure to prosecute.

Dated: April 29, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE